DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVAN C. SANDERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3312

[March 12, 2026]

Appeal of order denying rule 3.850 motion from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman, Judge; L.T. Case No. 502022CT010478AXXXMB.

Evan C. Sanders, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***